**No. 63580.**—Penson and Company *v.* United States, protest 59/10751 (New York).

Opinion by DONLON, J.  An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, DECEMBER 10, 1959

**No. 63581.**—Electric & Musical Industries (U.S.), Ltd., et al. *v.* United States, protests 297089–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 10, 1959

**No. 63582.**—Empire Brushes, Inc., and Wood Niebuhr & So. et al. *v.* United States, protests 279186–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.